# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DR. HADRIAN NICHOLAS ARTHUR FRAVAL                                            PLAINTIFFS
and SIL GLOBAL LIMITED

v.                                  Case No. 4:18-cv-844-KGB

RICHARD MAYS, JR., *et al.*,                                                  DEFENDANTS

## ORDER

Before the Court are the parties' joint motions to dismiss which contain confidential settlement terms and which have been filed under seal (Dkt. Nos. 22, 23). The parties filed similar joint motions on April 24, 2019, and revised those motions consistent with the parties' representations at the sealed hearing held on April 18, 2019 (Dkt. No. 20). Therefore, for good cause shown and upon motion and stipulation of the parties and their attorneys filed under seal, the Court grants the parties' later-filed joint motion to dismiss (Dkt. No. 23). The terms of that joint motion are incorporated herein by reference (*Id*.). The Court denies as moot the parties' earlier joint motion to dismiss (Dkt. No. 22). The Court dismisses with prejudice plaintiffs' complaint, the third-party plaintiff's complaint, and all causes of action in this case (Dkt. Nos. 1, 12).

So ordered this 2nd day of July 2019.

_____
Kristine G. Baker
United States District Judge